OPINION — AG **** SCHOOL DISTRICT — PROFESSIONAL DUES **** A LOCAL SCHOOL DISTRICT MAY NOT PAY OUT OF THEIR OWN FUNDS PROFESSIONAL DUES OF SUPERINTENDENTS AND PRINCIPALS IN THE DISTRICT, BUT ARE REQUIRED TO MAKE A PAYROLL DEDUCTIONS ON BEHALF OF SUPERINTENDENTS AND PRINCIPALS IN THE DISTRICT SO REQUESTING FOR THE PURPOSE OF PAYING PROFESSIONAL ORGANIZATION DUES. CITE: 70 O.S. 1972 Supp., 5-117 [70-5-117], 70 O.S. 1978 Supp., 5-139 [70-5-139] (JOHN F. PERCIVAL) ** SEE OPINION NO. 90-678 (1990)